GOLDSMITH WEST
A Professional Law Corporation
David A. Goldsmith, SBN 232457
Phil A Thomas, SBN 248517
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274
Telephone:   (310) 620-8540
Facsimile:    (310) 861-5527
david@goldsmithwest.com
phil@goldsmithwest.com

Attorney for Plaintiff
PATRICIA HALL

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HALL,<br><br>             Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; RANCHO FORD, INC.; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:20-CV-08698-AB-PVCx<br><br>[**PROPOSED**] **ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Assigned:   Hon. André Birotte, Jr.<br>Courtroom:  7B |

The Court has reviewed the Stipulation to Dismiss ("Stipulation") filed by Plaintiff Patricia Hall and Defendant Ford Motor Company, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby **DISMISSES WITHOUT PREJUDICE** all claims and counterclaims in this action, each side responsible for its own costs, expenses and attorney's fees.

**IT IS SO ORDERED.**

Dated: October 07, 2020        By:_____
                                                          ANDRÉ BIROTTE JR.
                                                          UNITED STATES DISTRICT JUDGE